UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGETTE BAZOUZI,<br><br>    Plaintiff,<br><br>v.<br><br>JEH JOHNSON, et al.,<br><br>    Defendants. | Case No. 14-mc-80261-JST<br><br>**ORDER DIRECTING PETITIONER TO SERVE MOTION TO CHANGE DATE OF BIRTH ON CERTIFICATE OF NATURALIZATION**<br><br>Re: ECF No. 1 |

    Petitioner Rogette Bazouzi has filed a petition to correct the date of birth on her certificate of naturalization from March 16, 1942 to March 4, 1940. ECF No. 1. The Court construes the petition as a petition for a writ of mandamus to correct her certificate of naturalization pursuant to 28 U.S.C. § 1361. The Court hereby identifies "United States Citizenship and Immigration Services, District Director" as the Respondent.

    Petitioner is hereby ordered to serve a copy of the "Petition to Amend Naturalization Certificate," filed September 18, 2014, and this Order on the United States Citizenship and Immigration Services ("USCIS") in compliance with Federal Rule of Civil Procedure 4(i)(1) and (2). USCIS shall file a response to the petition to correct Petitioner's certificate of naturalization within forty-five (45) days after service. Unless the Court orders otherwise, upon the conclusion of this briefing schedule, the matter will be deemed submitted for decision by the Court without a hearing.

    **IT IS SO ORDERED.**

Dated: October 6, 2014

                                                           JON S. TIGAR
                                         United States District Judge