Robert B. Jobe (Cal. State Bar #133089)
Sarah B. Castello (Cal. State Bar #244735)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 684-7293 (phone)
(415) 684-7293 (fax)
federal@jobelaw.com

Attorneys for Plaintiff.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAZOUZI, <br><br> Plaintiff, <br><br> V. <br><br> JOHNSON, *et al.*, <br><br> Defendants. | No. 3:14-mc-80261-JST <br><br> JOINT STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME <br><br> Honorable Judge Hon. Jon S. Tigar <br><br> Date: 1/22/2015 <br> Time: 2:00 p.m. <br> Courtroom: 9, Floor 19 |

This is an immigration case in which Plaintiff petitions the Court to change the date of birth on her Naturalization Certificate. On December 3, 2014, Defendants filed a Motion to Dismiss for Lack of Jurisdiction. Per local rule 7-3, Plaintiff's Opposition is due not more than 14 days after Defendants' motion.

The parties hereby stipulate to extend the date of the motions hearing and deadline for Plaintiff's Opposition by 60 days.

//

The parties stipulate to extend the remaining briefing schedule as follows:

    Plaintiff's Opposition and Cross Motion will be due on February 17, 2015.

    Defendants' Reply and Opposition will be due on February 24, 2015.

    Plaintiff's Reply will be due on March 3, 2015.

    Motions hearing on February 26, 2015.

Dated: December 4, 2014

Respectfully submitted,

LAW OFFICE OF ROBERT B. JOBE

*/s/ Robert B. Jobe*
Robert B. Jobe
Sarah B. Castello
Law Office of Robert B. Jobe

Attorneys for Plaintiff

/s/ Max Weintraub
J. Max Weintraub
OIL, District Court Section
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 305-7551
Fax: (202) 305-7000
Email: jacob.weintraub@usdoj.gov

Attorneys for Defendants

[PROPOSED] ORDER

    Pursuant to stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that Plaintiff's Opposition and Cross Motion will be due on February 17, 2015, Defendants' Reply and Opposition will be due on February 24, 2015, and Plaintiff's Reply will be due on March 3, 2015.

IT IS SO ORDERED.

Dated: December 4, 2014

_____
Hon. Jon S. Tigar

IT IS SO ORDERED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA