1  Robert B. Jobe (Cal. State Bar #133089)
   Sarah B. Castello (Cal. State Bar #244735)
2  LAW OFFICE OF ROBERT B. JOBE
   550 Kearny Street, Suite 200
3  San Francisco, CA 94108
   (415) 684-7293 (phone)
4  (415) 684-7293 (fax)
   federal@jobelaw.com
5
   Attorneys for Plaintiff.
6
7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DIVISION
9

10
   BAZOUZI,                          )
11                                    )   No. 3:14-mc-80261-JST
                                      )
12                                    )
            Plaintiff,                )
13                                    )   JOINT STIPULATION AND PROPOSED
                                      )   ORDER RE: EXTENSION OF TIME
14                                    )
         V.                           )
15                                    )
                                      )
                                      )   Honorable Judge Hon. Jon S. Tigar
16 JOHNSON, et al.,                   )
                                      )   Date:       3/26/15
17                                    )   Time:       2:00 p.m.
            Defendants.               )   Courtroom:  9, Floor 19
18 _____)

19

20
        This is an immigration case in which Plaintiff petitions the Court to change the date of
21
   birth on her Naturalization Certificate. On December 3, 2014, Defendants filed a Motion to
22
   Dismiss for Lack of Jurisdiction. Per local rule 7-3, Plaintiff's Opposition is due not more than
23
   14 days after Defendants' motion.
24
        The parties hereby stipulate to extend the date of the motions hearing and deadline for
25
   Plaintiff's Opposition and further briefing schedule by 30 days.
26
   //
27

28

The parties stipulate to extend the remaining briefing schedule as follows:

    Plaintiff's Opposition and Cross Motion will be due on March 17, 2015.

    Defendants' Reply and Opposition will be due on March 24, 2015.

    Plaintiff's Reply will be due on April 3, 2015.

    Motions hearing on April 30, 2015.

Dated: February 17, 2015

Respectfully submitted,

LAW OFFICE OF ROBERT B. JOBE

*/s/ Robert B. Jobe*
Robert B. Jobe
Sarah B. Castello
Law Office of Robert B. Jobe

Attorneys for Plaintiff

*/s/ Max Weintraub*
J. Max Weintraub
OIL, District Court Section
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 305-7551
Fax: (202) 305-7000
Email: jacob.weintraub@usdoj.gov

Attorneys for Defendants

[PROPOSED] ORDER

    Pursuant to stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that Plaintiff's Opposition and Cross Motion will be due on March 17, 2015, Defendants' Reply and Opposition will be due on March 24, 2015, and Plaintiff's Reply will be due on April 3, 2015.

IT IS SO ORDERED.

Dated: February 17, 2015

_____
Honorable Judge Hon. Jon S. Tigar